UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL LOVETTE, )
      Plaintiff, )
 ) No. 1:16-cv-183
-v- )
 ) Honorable Paul L. Maloney
VELOCITY INVESTMENTS, LLC, and )
TIMOTHY E. BAXTER & ASSOCIATES, P.C., )
      Defendants. )
 )

## JUDGMENT

Having dismissed all claims in this lawsuit, as required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: February 9, 2017         /s/ Paul L. Maloney
                    Paul L. Maloney
                    United States District Judge